# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2010

141294

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

In re TIMOTHY RUPERT and VICTORIA
RUPERT, Minors.

_____/

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

LEROY RUPERT,
      Respondent-Appellant,

and

VALARIE RUPERT
      Respondent.

_____/

SC: 141294
COA: 294873
Jackson Circuit Court Family
Division: 03-002089-NA

On order of the Court, the application for leave to appeal the May 13, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2010

_____
Clerk

d0803